UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EMMANUEL DONTEZE WILLIAMS,

Petitioner,

v.

RON BARNES,

Respondent.

NO. EDCV 15-138-JVS (AGR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge and the Objections.  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: November 23, 2016

_____
JAMES V. SELNA
United States District Judge