UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL DONTEZE WILLIAMS, <br> Petitioner, <br> v. <br> RON BARNES, <br> Respondent. | NO. EDCV 15-138-JVS (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 23, 2016

_____
JAMES V. SELNA
United States District Judge